# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN
### MILWAUKEE DIVISION

PROLITE BUILDING SUPPLY, LLC,
JOSHUA SANDERS, JOHN SATHER and
ANGELA SATHER, JEFF CROSS,
MELISA McGUIRE, CHRIS and BEHTANY LAMBIE,
DAVID BLOCHOWICZ, TED AYDT and
JODY AYDT, BRYAN GLASS,
CHRIS WILEY, SCOTT BOOTH AND KESHA
BOOTH, ANDREW BUCHANAN,
KRAIG FORMAN AND LORI FORMAN,
JEFFREY GLASENER AND LYNDSEY GLASENER,
JASON HORNBY, THOMAS PAPROCKI and
MARY J. PAPROCKI, LARRY PECHMANN and
JAN PECHMANN, JOSEPH SANFELIPPO and
BECKY SANFELIPPO, DEVIN SHERMAN and
NICOLE SHERMAN, REID TUROWSKI, and
DANIEL ROOSE and KELLY ROOSE,

Case No.: 15-C-1049

   Plaintiffs,

 -vs-

PLY GEM WINDOWS,

   Defendant and Third-Party Plaintiff,

 -and-

ANDREW B. JOHNSON,
MICHAEL W. NEWMAN,

   Third-Party Defendants.

**GREAT LAKES WINDOW, INC.,**

       **Plaintiff,**

-vs-                                                           **Case No.: 15-C-1205**


**PROLITE BUILDING SUPPLY, LLC,**
**ANDREW B. JOHNSON and**
**MICHAEL W. NEWMAN,**

       **Defendants.**

---

## PLAINTIFFS' EXPERT WITNESS LIST AND SECOND SUPPLEMENTAL INTIAL DISCLOSURE

---

PLEASE TAKE NOTICE that at the trial of the above-entitled action the

Plaintiffs intend to call the following witnesses:

    All parties

    All witnesses designated by other parties

1. Joshua Sanders
   6617th 50th Street
   Franklin, WI 53132
   414-559-3691

   Witness testimony to include the nature and extent of defects in the windows, costs to replace, and consequence of defective windows.

2. John Sather and Angela Sather
   W177 N11646 Prestwick Ct
   Germantown, WI 53022

414-774-2918

Witnesses testimony to include the nature and extent of defects in the windows, costs to replace, and consequence of defective windows.

3. Jeff Cross
   39833 Sunset Drive
   Oconomowoc, WI 53066
   608-449-2040

   Witness testimony to include the nature and extent of defects in the windows, costs to replace, and consequence of defective windows.

4. Melisa McGuire
   W186 S9065 Cardinal Drive
   Muskego, WI 53150
   414-331-5575

   Witness testimony to include the nature and extent of defects in the windows, costs to replace, and consequence of defective windows.

5. Chris Lambie and Bethany Lambie
   986 Wild Duck Ct.
   Grafton, WI 53024
   262-305-2158

   Witnesses testimony to include the nature and extent of defects in the windows, costs to replace, and consequence of defective windows.

6. David Blochowicz
   3475 E. Siver Avenue
   St. Francis, WI 53235
   414-763-0993

3

Witness testimony to include the nature and extent of defects in the windows, costs to replace, and consequence of defective windows.

7. Ted Aydt and Jody Aydt
   7220 W. River Birch Drive
   Mequon, WI 53092
   414-702-0802

   Witnesses testimony to include the nature and extent of defects in the windows, costs to replace, and consequence of defective windows.

8. Bryan Glass
   780 Wolf Creek Ct.
   Grafton, WI 53024
   262-939-3445

   Witness testimony to include the nature and extent of defects in the windows, costs to replace, and consequence of defective windows.

9. Chris Wiley
   W179 N11725 Augusta Court
   Germantown, WI 53022
   608-217-4868

   Witness testimony to include the nature and extent of defects in the windows, costs to replace, and consequence of defective windows.

10. PJ Burback
    12750 W. North Avenue
    Brookfield, WI 53005
    414-256-8820

    Witness testimony to include the nature and extent of defects in the windows, costs to replace, and consequence of defective windows.

4

11. Deron Butler
   Joseph Douglas Homes
   N50 W13740 Overview Drive, Ste. D
   Menomonee Falls, WI 53051
   414-791-0770

   Witness testimony to include the nature and extent of defects in the windows, costs to replace, and consequence of defective windows.

12. Joe Weyer
   JVW Builders
   3215 Prairie Hallow Drive
   Richfield, WI 53076
   414-828-7901

   Witness testimony to include the nature and extent of defects in the windows, costs to replace, and consequence of defective windows.

13. Linda Heipp
   Hallmark Building Supply
   2120 Pewaukee Road, Ste. 100
   Waukesha, WI 53188
   414-803-4519

   Witness testimony to include the nature and extent of defects in the windows, costs to replace, and consequence of defective windows.

14. Mike Strobel
   Quality Services Unlimited
   9409 Creekside Drive
   Wonder Lake, IL 60097
   815-409-2351

   Witness testimony to include the nature and extent of defects in the windows, costs to replace, and consequence of defective windows.

15. PJ Burbach
    Burbach Co.
    2645 N. Mayfair Road, Ste. 130
    Milwaukee, WI  53226
    414-256-8820

    Witness testimony to include the nature and extent of defects in the windows, costs to replace, and consequence of defective windows.

16. Al and Amy Heintz
    N74 W24606 Mazske Court
    Sussex, WI  53089
    262-542-5750

    Witnesses testimony to include the nature and extent of defects in the windows, costs to replace, and consequence of defective windows.

17. Bob Paul Service Manager, ProLite
    7977 Chapel Hill Court South
    Franklin, WI  53132
    414-458-0427

    Witness testimony to include the nature and extent of defects in the windows, costs to replace, and consequence of defective windows.

18. Josh Fischer
    N23 W28756 Louis Avenue
    Pewaukee, WI  53072
    262-691-4839

    Witness testimony to include the nature and extent of defects in the windows, costs to replace, and consequence of defective windows.

19. Mark Meshulam   (Expert - see attached report)
    4120 Ridgeland Lane

6

Northbrook, IL  60062
847-878-8922

Mr. Merahulam will testify regarding site visits her conducted of plaintiffs' homes to determine the nature and scope of such window defects.

20. Theodore A. See, BCBA (Expert - see attached report)
Tascon Group Consulting
6326 Stonefield Rd.
Middleton, WI  53562
608-827-6349

Mr. See will testify regarding the business valuation and consulting profit enhancement project report her prepared for Prolite Windows.

21. Mike Newman
P.O. Box 132
Okauchee, WI  53069
262-269-6264

Mr. Newman will testify regarding the effects of the defective windows on ProLite's business.

22. Andrew Johnson
1931 NE 2nd Street
Cape Coral, FL 33909
262-888-0455

Mr. Johnson will testify regarding the effects of the defective windows on ProLite's business.

23. Thomas Adler
Stephan Mesdjian
Adler & Associates
1424 N. High Point Road, Ste. 101
Middleton, WI  53562
608-826-3891

7

Mr. Adler will testify that Mike Newman was hitting Ted See's budgets on sales and profits.

24. Christopher Zirbes
Corner Stone Bank
N91 W17231 Appleton Avenue
Menomonee Falls, WI 53057
262-437-7230

Mr. Zirbes will testify that he approved the 2015 line of credit for Prolite until the loss of 2.5 million of new construction business due to poor quality windows.

25. Jerry Joseph
Alliance Window Company
6750 South Belt Circle Dr.
Chicago, IL 60638
630-841-4600

Mr. Joseph will testify that Mike Newman had him come to Prolite with the intent to purchase his products to replace PlyGem's vinyl product.

26. Brandon Newman
N50 W35038 Wisconsin Avenue
Okauchee, WI 53069
262-894-3317

Mr. Newman will testify regarding his knowledge of the nature and extent of defects in the windows and consequence of defective windows.

27. Craig Stites
736 Maple Way N
Waukesha, WI 53188
414-305-3130

Mr. Stites will testify regarding his training of the installation of new construction windows.

8

28. Kayla Budda
212 Timlin Dr., Apt. #6
Kewaskum, WI 53040
414-530-5615

Ms. Budda will testify regarding receiving and order service parts. She will also testify that numerous phone calls came in from customers complaining about PlyGem's defects.

29. Jim Bonkoski
Dan Shudy
Brian
Dan Gorski
Tim O'Brien
Tim O'Brien Homes
N27 W24075 Paul Court, Ste. 100
Pewaukee, WI 53072
262-542-5750

The representatives from Tim O'Brian Homes will testify that they were in involved in the day to day contact with their customers regarding defective or poor quality PlyGem products.

30. Joe Gates
UBuildit Custom Homes
2325 Park Drive, Ste. R
Waukesha, WI 53138
1-866-828-4534

Mr. Gates will testify regarding the quality issues he had with PlyGem windows.

31. Scott Booth and Kesha Booth
W128 S9091 Boxhorn Reserve Drive
Muskego, WI 53150
414-350-6220

9

Witnesses testimony to include the nature and extent of defects in the windows, costs to replace, and consequence of defective windows.

32. Andrew Buchanan
N8042 Timber Ridge Drive
Ixonia, WI 53036
262-212-4994

Witness testimony to include the nature and extent of defects in the windows, costs to replace, and consequence of defective windows.

33. Kraig Forman and Lori Forman
N284 W24319 Single Tree Ct.
Pewaukee, WI 53072
414-698-6541

Witnesses testimony to include the nature and extent of defects in the windows, costs to replace, and consequence of defective windows.

34. Jeffrey Glasener and Lyndsey Glasener
2409 Faire Lakes Parkway
Hartland, WI 53029
262-646-0174

Witnesses testimony to include the nature and extent of defects in the windows, costs to replace, and consequence of defective windows.

35. Jason Hornby
N85 W33488 Becker Lane
Oconomowoc, WI 53066
414-731-4482

Witness testimony to include the nature and extent of defects in the windows, costs to replace, and consequence of defective windows.

10

36. Thomas Paprocki and Mary J. Paprocki
N36 W23578 Oak Hill Lane
Pewaukee, WI 53072
262-366-9495

Witnesses testimony to include the nature and extent of defects in the windows, costs to replace, and consequence of defective windows.

37. Larry Pechmann and Jan Pechmann
N48 W25169 Seven Stones Drive
Pewaukee, WI 53072
414-899-8426

Witnesses testimony to include the nature and extent of defects in the windows, costs to replace, and consequence of defective windows.

38. Joseph Sanfellipo and Becky Sanfelippo
20770 West Coffee Road
New Berlin, WI 53146
414-254-8407

Witnesses testimony to include the nature and extent of defects in the windows, costs to replace, and consequence of defective windows.

39. Devin Sherman and Nicole Sherman
3850 Strawberry Glen Drive
Cedarburg, WI 53012
262-707-4466

Witnesses testimony to include the nature and extent of defects in the windows, costs to replace, and consequence of defective windows.

40. Reid Turowski
S31 W33540 CR-G
Dousman, WI 53118
262-751-5603

11

Witness testimony to include the nature and extent of defects in the windows, costs to replace, and consequence of defective windows.

41. Daniel Roose and Kelly Roose
1665 Percheron Trail
Sun Prairie, WI 53590,
608-234-1196

Witnesses testimony to include the nature and extent of defects in the windows, costs to replace, and consequence of defective windows.

42. Gary Witter
222 Willlow Court
Hartland, WI 53029
414-322-6053

Mr. Witter will testify to the site visits at plaintiffs' homes and the cost to replace plaintiffs' windows with quality windows.

43. Janet Allen-Cross
39833 Sunset Drive
Oconomowoc, WI 53066
608-449-2040

Witness testimony to include the nature and extent of defects in the windows, costs to replace, and consequence of defective windows.

44. Shannon Hornby
N85 W33488 Becker Lane
Oconomowoc, WI 53066
414-731-4482

Witness testimony to include the nature and extent of defects in the windows, costs to replace, and consequence of defective windows.

12

45. Shelly Basso
    Aspen Homes
    325 Oakton Avenue
    Pewaukee, WI  53072
    262-695-4485

    Ms. Basso will testify regarding her contact with homeowners pertaining to the problems they were having with their windows.

46. Melissa Glass
    780 Wolf Creek Ct.
    Grafton, WI 53024
    262-939-3445

    Witness testimony to include the nature and extent of defects in the windows, costs to replace, and consequence of defective windows.

47. Ralph Bruno
    520 Pleasant Green Road
    Hillsborough, NC  27278
    423-305-1662

    Mr. Bruno will testify regarding his former employment with Ply Gem and his knowledge of the defective windows.

48. Kristin Cramey

    Ms. Cramey will testify regarding her experience with defective Ply Gem windows.

## DOCUMENTS

Plaintiffs and Third-Party Defendants may utilize the following documents in this matter:

1. Business records – Prolite;
2. Photos defective windows;

13

3. Contracts with Ply Gem;
4. Consumer invoices and documents produced with individual plaintiffs interrogatory responses;
5. Sample window;
6. Reports produced by of Mark Meshulam;
7. Business Valuation of Theodore A. See, BCBA, Tascon Group Consulting; and
8. Estimates prepared by Witter Home Improvements, LLC.

## A. COMPUTATION OF DAMAGES

Damages for Prolite are based upon loss of income as shown in expert Theodore See's report. Individual damages will be based upon window replacement costs for each specific home totaling approximately $15,000-$67,000 each as outlined in estimates from Witter Home Improvements, LLC.

## B. INSURANCE AGREEMENTS

There are no insurance agreements.

## C. CORPORATE STATUS

Prolite Building Supply, LLC is a limited liability company, no longer operating, owned jointly by Andrew Johnson and Michael Newman. Stevens & Kuss S.C. appearing for Prolite.

Plaintiffs reserve the right to supplement these initial disclosures pursuant to Federal Rule of Civil Procedure 26(e).

14

Dated at Brookfield, Wisconsin, this 15th day of March, 2016.

**STEVENS & KUSS S.C.**
Attorneys for Plaintiffs &
Third-Party Defendants


By: **/s/ Daniel W. Stevens**
Daniel W. Stevens
State Bar No. 1004632


P.O. ADDRESS:

1025 South Moorland Road
Suite 201
Brookfield, WI 53005
(262) 251-5700
(262) 251-4894 *Facsimile*
*danstevens@stevensandkuss.com*

15